UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RONNIE GRAHAM, | * |
| Plaintiff, | * |
| v. | * Civil Action Number |
| | * 5:20-cv-00617-FL |
| KILOLO KIJAKAZI | * |
| Acting Commissioner of Social Security, | * |
| Defendant. | * |

## ORDER

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is this 9th day of November, 2023, by the United States District Court for the Eastern District of North Carolina,

ORDERED that Charlotte W. Hall, Esquire is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $17,541.00 (or 25% of Plaintiff's past-due benefits, whichever is less). Plaintiff's counsel will reimburse Plaintiff any fees[s] he previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

_/s/ Louise W. Flanagan_
LOUISE W. FLANAGAN
United States District Judge